IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


LAJEANIA PIERCE                                                        PLAINTIFF

v.                              Case No. 3:15-cv-00102 JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff,

reversing the decision of the Commissioner and remanding this case for further evaluation

consistent with the findings of the Court.

SO ADJUDGED this 21st day of April, 2016.


_____
UNITED STATES MAGISTRATE JUDGE